AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SJOBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No.  3:17-cv-00480-RCJ-CBC<br><br>**ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Thomas Sjoberg, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Thomas Sjoberg, Plaintiff
*Pro Se*

Dated: 04/18/19

AARON D. FORD
Attorney General

By: _____
Dennis W. Hough (NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 4/22/19

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2019.

1